UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON DANIELS,

        Plaintiff,

v.                       Case No. 8:09-cv-1151-T-33AEP

CITY OF TAMPA,

        Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 13), entered on April 12, 2010, recommending that the Plaintiff's second amended complaint (Doc. # 11) be dismissed and that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. # 2) be denied.

Plaintiff filed a document in response (Doc. # 14) titled "Third Amended Complaint, and Motion for Leave to Proceed In Forma Pauperis, and Request to file for addition (sic) time..." The document, however, is not a third amended complaint, but only appears to seek a 60-day extension of time "to present all evidence in its entirety, to fully research every aspect of the law pertaining to this case and to fully and completely satisfy all requirements of this court..." In the response, Plaintiff also states that he

"objects to the courts (sic) recommendation that the Plaintiff's former amended complaint be dismissed."

Given the history of this case, the length of time Plaintiff has had to establish his claims, and the lack of specificity as to the need for an extension, this Court is not inclined to grant any further extensions for filing a third amended complaint or objections to the Report and Recommendation.

As for the Report and Recommendation, after conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla.

1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 13) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's second amended complaint (Doc. # 11) is dismissed without prejudice.

(3) Plaintiff's Motion to Proceed In Forma Pauperis (Doc. # 2) is **DENIED.**

(4) Plaintiff's request for additional time to file his third amended complaint and/or objections to the Report and Recommendation (Doc. # 14) is **DENIED.**

(5) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 4th day of May, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties and Counsel of Record